IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**PLUMBERS AND FITTERS LOCAL 101, et al.,**

**Plaintiffs,**

**v.**

**HIRTH PLUMBING AND HEATING COMPANY,**

**Defendant.**                                              **No. 09-0853-DRH**

### ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On October 9, 2009, Plaintiffs filed this lawsuit against Hirth Plumbing and Heating Company (Doc. 2). On November 20, 2009, Hirth Plumbing and Heating Company entered an appearance and moved for an extension of time to file a responsive pleading (Docs. 5 & 6). However, Hirth Plumbing and Heating Company failed to file the disclosure statement required by **Federal Rule of Civil Procedure 7.1**. Thus, the Court **ORDERS** Hirth Plumbing and Heating Company to file the disclosure statement on or before December 17, 2009.

**IT IS SO ORDERED.**

Signed this 3rd day of December, 2009.

/s/   *David R. Herndon*
**Chief Judge**
**United States District Court**